# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Report on Person Under Supervision

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Nicole Kissane | 0971 4:19CR00166-001 YGR |

**Name of Sentencing Judge:**   The Honorable Larry A. Burns
United States District Judge

**Date of Original Sentence:**   January 17, 2017

**Original Offense**
Count One of the Second Superseding Indictment: Conspiracy to Violate the Animal Enterprise Terrorism Act, 18 U.S.C. §§ 43(a)(1), (2)(c) and (b)(3)(A), a Class C Felony.

**Original Sentence:** 21 months custody within the Bureau of Prisons (BOP), followed by 3 years term of supervised release.

**Special Conditions:** $100 special assessment; $423,477 restitution (paid jointly and severally at a rate of $100/month); report all vehicles owned or operated, or in which she has an interest; standard search; provide complete disclosure of personal and business financial records; notify the Collections Unit, United States Attorney's Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation; notify the Collections Unit, United States Attorney's Office, before transferring any interest in property owned, directly or indirectly, including any interest held or owned under any other name, or entity, including a trust, partnership or corporation; and be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit.

**Prior Form(s) 12:** None.

On April 10, 2019, a Transfer of Jurisdiction (TOJ) from the Southern District of California (SD/CA) to the Northern District of California (ND/CA) was filed under Docket No. 4:19-CR-00166-001 YGR and assigned to Your Honor.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | July 20, 2018 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| John N. Parmley | John C. Ellis Jr. (Appointed) |
| Michael F. Kaplan | Reuben Cahn (Appointed) |

RE:   Kissane, Nicole                                                                                                   2
      0971 4:19CR00166-001 YGR

## Petitioning the Court to Take Judicial Notice

### Cause

According to the Offender Payment Enhanced Report Access (OPERA), the client's outstanding restitution balance as of June 3, 2021 is $416,708.08 as $6,768.92 has been collected by all parties. Ms. Kissane has satisfied the $100 special assessment in full, as of November 12, 2017. During the course of supervision, the client submitted monthly payments at a rate of not less than $100 toward the restitution balance.

### Action Taken and Reason

Throughout the client's term of supervision, she has maintained a stable residence in Oakland, California. Ms. Kissane has been gainfully employed full-time with Crown Nine in Oakland, California, as an employee since November 25, 2019, while earning approximately $3,466.66/month.

Her economic circumstances have been monitored throughout the period of supervision for changes that might affect her ability to pay, and intermittent computer asset searches utilizing commercial databases have not revealed unreported assets. Ms. Kissane's monthly restitution appears commensurate with her ability to pay.

The U.S. Probation Office recommends the client's supervision terminate on July 19, 2021, as scheduled. The client understands she must continue making payments through the U.S. Attorney's Office Financial Litigation Unit, after the expiration of her term of supervision.

Pursuant to 18 U.S.C. §§ 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the client until July 20, 2038. It is recommended the client be allowed to terminate from supervision with an outstanding restitution balance.

Respectfully submitted,                                   Reviewed by:

_____        _____
Leon Dang                                                         Sonia Lapizco
U.S. Probation Officer                                       Supervisory U.S. Probation Officer
Date Signed: June 3, 2021

**RE:**    Kissane, Nicole                                                                                                    3
            0971  4:19CR00166-001 YGR

THE COURT ORDERS:

☐   The Court concurs and takes judicial notice
☐   Submit a request to modify supervision
☐   Submit a request for a warrant
☐   Submit a request for summons
☐   Other:

_____          _____
Date                                      Yvonne Gonzalez Rogers
                                          United States District Judge